JS-6

FILED
CLERK, U.S. DISTRICT COURT
2/9/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| CALVIN KWON,<br><br>          Plaintiff,<br><br>     v.<br><br>SUNG-EUN CORPORATION D/B/A HANSHAW LIQUOR and DOES 1–10,<br><br>          Defendants. | Case No.: SACV 20-01834-CJC-(KESx)<br><br>**JUDGMENT** |

This matter came before the Court on Plaintiff's motion for default judgment. On February 9, 2021, the Court granted Plaintiff's motion in substantial part. In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff for (1) injunctive relief requiring Defendant to provide an ADA-compliant parking space and (2) attorneys' fees and costs of $2,440.00.

DATED: February 9, 2021

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

-1-